United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60564
Summary Calendar

MANE ALI-MAHMOUD,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A77 494 341
--------------------

Before DAVIS, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Mane Ali-Mahmoud (Ali) petitions for review of the decision
of the Board of Immigration Appeals dismissing his administrative
appeal of the immigration judge's decision to deny her
application for asylum and withholding of removal. Although she
also argues that she was entitled to relief under the Convention
against Torture and on humanitarian grounds, and contends that
the Government wrongly refused to join her motion to reopen the
administrative case, she has not exhausted her administrative

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

remedies as to these claims and they will not be reviewed here. See Wang v. Ashcroft, 260 F.3d 448, 452 (5th Cir. 2001).

Ali contends that the Board of Immigration Appeals erred in concluding that the harm that she suffered in Somalia was not "on account of" her membership in the Tomal clan. We have reviewed the record and the briefs and conclude that Ali has not established that the ruling should be overturned. Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996). Ali also has not established that she is entitled to withholding of removal. Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. 1994). The petition for review is DENIED.